PETER FORD, PETITIONER-PETITIONER, v. MIELE BROTHERS, RESPONDENT-RESPONDENT.

*Mr. Joseph Butt* for the petitioner.

*Messrs. Reid, Kelly & Flaherty* and *Mr. Robert E. Kiernan* for the respondent.

September 13, 1954. Denied.

ROBINSON G. HOLLISTER, PLAINTIFF-RESPONDENT, v. THEODORE FIEDLER, EXECUTOR, ETC., DEFENDANT-PETITIONER.

See same case below: 30 *N. J. Super.* 203.

*Messrs. Bruck & Bigel* for the petitioner.

*Mr. Harold D. Feuerstein* and *Mr. Lester Sandler* for the respondent.

September 13, 1954. Granted.